PS 42
(2/98)

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, N.C.

2005 MAY 24 PM 1:40

U.S. DISTRICT COURT
W. DIST. OF N.C.

United States of America )
)
vs )
)
Katrina Jones )

Case No. 3:04cr257-04-Mck

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Katrina Jones, have discussed with Mark Hall, Probation Officer, modification of my release as follows:

To strike the 9:00pm curfew. All other conditions will remain the same.

I consent to this modification of my release conditions and agree to abide by this modification.

X _Katrina Jones_  5-17-05
Signature of Defendant                Date

This Modification Order has been discussed with AUSA Mike Savage, and he concurs with my recommendation.

_Mark Hall_  5-17-05
USPO Mark Hall                        Date

Reviewed and Approved: _[signature]_  5/19/05
SUSPO Jeffrey L. Helms                Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          _____
Signature of Defense Counsel          Date

[X] The above modification of conditions of release is ordered, to be effective on  5/20/05 .

[ ] The above modification of release is not ordered.

_Carl Horn, III_                      5/20/05
Carl Horn, III                        Date
U.S. Magistrate Judge

cc:  AUSA        Defendant        Defense Attorney        PSI Officer